**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7052**

MALCOLM MUHAMMAD,

        Plaintiff – Appellant,

    v.

CORRECTIONS OFFICER SMITH; HAROLD W. CLARKE; RANDALL MATHENA; YOUNCE (Unit Manager); LAMBERT, Building Supervisor,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (7:13-cv-00578-JLK-RSB)

Submitted: November 18, 2014     Decided: December 15, 2014

Before KING, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Malcolm Muhammad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Corrections Officer Smith, No. 7:13-cv-00578-JLK-RSB (W.D. Va. Mar. 14 & June 3, 2014).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Muhammad's First Amendment claim that his cell was searched in retaliation for his outspoken and litigious nature is also subject to dismissal because this allegation is unsupported and speculative. See Adams v. Rice, 40 F.3d 72, 74-75 (4th Cir. 1994).

2